Dismissed and Memorandum Opinion filed July 3, 2007








Dismissed
and Memorandum Opinion filed July 3, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00502-CR

NO. 14-07-00503-CR

____________

 

BRYAN KEITH CALHOUN, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
176th District Court

Harris County, Texas

Trial Court Cause Nos. 1070055
& 1070054

 



 

M E M O R A N D U M   O P I N I O N

Appellant
entered guilty pleas to aggravated sexual assault of a child and sexual assault
of a child.  In accordance with the terms of a plea bargain agreement with the
State, the trial court sentenced appellant on May 7, 2007, to confinement for
five years in the Institutional Division of the Texas Department of Criminal
Justice in each case, with the sentences to be served concurrently.  Appellant
filed a pro se notice of appeal for both cases.  We dismiss the appeals.  








The
trial court entered a certification of the defendant=s right to appeal in each case in
which the court certified that each is a plea bargain case, and the defendant
has no right of appeal.  See Tex.
R. App. P. 25.2(a)(2).  The trial court=s certifications are included in the
records on appeal.  See Tex. R.
App. P. 25.2(d).  The records support the trial court=s certification.  See Dears v. State,
154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly,
we dismiss the appeals.  

 

PER CURIAM

 

Judgment rendered and Memorandum Opinion filed July 3,
2007.

Panel consists of Chief Justice Hedges and Justices
Hudson and Guzman. 

Do Not Publish C Tex. R. App. P.
47.2(b)